IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TRINA SOLAR CO., & LTD. ET AL,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>  and<br><br>AMERICAN ALLIANCE FOR SOLAR MANUFACTURING,<br><br>    Defendant-Intervenor. | Before: Hon. Claire R. Kelly, Judge<br><br>Consol. Court No. 23-00213 |

## DEFENDANT-INTERVENOR AMERICAN ALLIANCE FOR SOLAR MANUFACTURING RESPONSE TO MOTION FOR JUDGMENT ON THE AGENCY RECORD

                 Timothy C. Brightbill, Esq.
                 Laura El-Sabaawi, Esq.
                 Theodore P. Brackemyre, Esq.
                 Kimberly A. Reynolds, Esq.
                 Paul A. Devamithran, Esq.

                 WILEY REIN LLP
                 2050 M Street, NW
                 Washington, DC 20036
                 (202) 719-7000

                 *Counsel for American Alliance for Solar Manufacturing*

May 13, 2024

**Consol. Ct. No. 23-00213**

# TABLE OF CONTENTS

**Page**

I.   INTRODUCTION ................................................................................................................. 1

II.  ARGUMENT ....................................................................................................................... 1

III. CONCLUSION .................................................................................................................... 1

i

**Consol. Ct. No. 23-00213**

I. **INTRODUCTION**

Pursuant to Rule 56.2 of the Rules of the United States Court of International Trade, Defendant-Intervenor American Alliance for Solar Manufacturing (the "Alliance") respectfully submits this brief in response to the 56.2 motion for judgment on the agency record filed by Plaintiffs Trina Solar Co., Ltd. *et. al.* ("Plaintiffs"). *See* Pls.' Mot. for J. on the Agency R. Pursuant to Rule 56.2 (Feb. 29, 2024), ECF No. 19.

II. **ARGUMENT**

The Alliance agrees with and incorporates by reference the arguments set forth in the response to Plaintiffs' motion filed by Defendant, the United States ("Defendant"). *See* Def.'s Corrected Resp. in Opp'n to Pl.'s Rule 56.2 Mot. for J. Upon the Agency R. (May 3, 2024), ECF No. 23. The Alliance does not wish to address issues and arguments that are substantively different from those addressed by Defendant in its brief.

III. **CONCLUSION**

For the reasons detailed in Defendant's response, the Alliance respectfully requests that the Court find the Department of Commerce's final results in the administrative review of the antidumping duty order on certain crystalline silicon photovoltaic products from the People's Republic of China, covering the period February 1, 2021 through January 31, 2022, to be supported by substantial evidence and in accordance with the law.

**Consol. Ct. No. 23-00213**

                                        Respectfully submitted,

                                        */s/ Timothy C. Brightbill*
                                        Timothy C. Brightbill, Esq.
                                        Laura El-Sabaawi, Esq.
                                        Paul A. Devamithran, Esq

                                        **WILEY REIN LLP**
                                        2050 M Street, NW
                                        Washington, DC 20036
                                        (202) 719-7000

                                        *Counsel for American Alliance for Solar Manufacturing*

May 13, 2024

2

**Consol. Ct. No. 23-00213**

## CERTIFICATE OF COMPLIANCE

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement. The word count for Defendant-Intervenor American Alliance for Solar Manufacturing's Response to Motions for Judgment on the Agency Record, as computed by Wiley Rein LLP's word processing system (Microsoft Word 2016), is 208 words.

*/s/ Timothy C. Brightbill*
(Signature of Attorney)

Timothy C. Brightbill
(Name of Attorney)

American Alliance for Solar Manufacturing
(Representative Of)

May 13, 2024
(Date)