**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |  |
|---|---|---|
| | : | |
| TRINA SOLAR CO., LTD ET AL, | : | |
| | : | |
| Plaintiff | : | Before:  Judge Claire R. Kelly |
| | : | Court No.  23-00213 |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant, | : | |
| | : | |
| AMERICAN ALLIANCE FOR SOLAR | : | |
| MANUFACTURING, | : | |
| | : | |
| Defendant-Intervenors. | : | |
| | : | |
| | : | |

**PLAINTIFFS' COMMENTS ON THE FINAL RESULTS OF REDETERMINATION PURSUANT TO COURT REMAND**

Plaintiffs, Trina Solar Co., Ltd., Trina Solar (Changzhou) Science & Technology Co.,

Ltd., Yancheng Trina Guoneng Photovoltaic Technology Co., Ltd. (D/B/A Yancheng Trina Solar

Guoneng Science & Technology Co., Ltd.), Trina Solar Yiwu Technology Co., Ltd., Trina Solar

(Su Qian) Technology Co., Ltd., Trina Solar (Yancheng Dafeng) Co., Ltd., Changzhou Trina

Hezhong Photoelectric Co., Ltd. (D/B/A Changzhou Trina Hezhong PV Co., Ltd.), Changzhou

Trina Solar Yabang Energy Co., Ltd., and Turpan Trina Solar Energy Co., Ltd. (collectively,

"Trina" or "Plaintiffs"), submit these comments to the U.S. Department of Commerce's (the

"Department's" or "Commerce's") final results of redetermination filed on December 19, 2024,

ECF No. 35–36 ("<u>Remand Results</u>"), pursuant to *Trina Solar Co., Ltd., et al. v. United States*,

Court No. 23-00213, Slip Op. 24-96 (Ct. Int'l Trade August 20, 2024) ("Remand Order"), ECF

No. 31.

Plaintiffs do not oppose the <u>Remand Results</u>.  Thus, Plaintiffs respectfully ask the Court

to affirm Commerce's Final Results of Redetermination.


Respectfully submitted,

<u>/s/ Jonathan M. Freed</u>
Jonathan M. Freed
MacKensie R. Sugama
TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, D.C.  20003
Tel.: (202) 223-3760

*Counsel to Plaintiffs*


Dated:  January 17, 2025