IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| TRINA SOLAR CO., LTD, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES,<br><br>       Defendant,<br><br>  and<br><br>AMERICAN ALLIANCE FOR SOLAR MANUFACTURING,<br><br>       Defendant-Intervenor. | Court No. 23-00213 |

DEFENDANT'S RESPONSE TO
PLAINTIFFS' COMMENTS ON REMAND RESULTS

      Defendant, the United States, respectfully requests that this Court sustain the United States Department of Commerce's (Commerce) remand results and enter judgment in favor of the United States. *See* Final Results of Remand Redetermination (December 18, 2024), ECF Nos. 35, 36. Commerce has fully complied with the Court's remand order in this case. *See* Order, ECF No. 34. Specifically, consistent with the Court's remand order, Commerce, under respectful protest, examined information related to Commerce's adverse facts available specificity determinations in the *AR 2017 CVD Final Results*[1] for the six subsidy programs at issue and reconsidered whether to adjust the prices of plaintiffs' sales of subject merchandise

---

[1] *See Certain Crystalline Silicon Photovoltaic Products from the People's Republic of China: Final Results of Countervailing Duty Administrative Review; 2017*, 84 Fed. Reg. 56,765 (Dep't of Commerce Oct. 23, 2019), and accompanying IDM (*AR 2017 CVD Final Results*).

during the period of review by the countervailing duties imposed on those programs. *See* Final Results of Remand Redetermination (December 18, 2024), ECF Nos. 35, 36. As a result, Commerce applied an export subsidy offset to plaintiffs' dumping margin equal to the net subsidy rates calculated in the *AR 2017 CVD Final Results* for the Export Product Research and Development Fund, Subsidies for Development of "Famous Brands" and China World Top Brands, and Funds for Outward Expansion of Industries in Guangdong Province programs and did not apply an export subsidy offset in connection with the Income Tax Reductions for Export-Oriented Enterprises, Tax Refunds for Reinvestment of Foreign-Invested Enterprise Profits in Export-Oriented Enterprises, and Awards for Jiangsu Famous Brands Products program.

No party opposed the Remand Results. Indeed, the only parties to comment, plaintiffs Trina Solar Co., Ltd., Trina Solar (Changzhou) Science & Technology Co., Ltd., Yancheng Trina Guoneng Photovoltaic Technology Co., Ltd. (D/B/A Yancheng Trina Solar Guoneng Science & Technology Co., Ltd.), Trina Solar Yiwu Technology Co., Ltd., Trina Solar (Su Qian) Technology Co., Ltd., Trina Solar (Yancheng Dafeng) Co., Ltd., Changzhou Trina Hezhong Photoelectric Co., Ltd. (D/B/A Changzhou Trina Hezhong PV Co., Ltd.), Changzhou Trina Solar Yabang Energy Co., Ltd., and Turpan Trina Solar Energy Co., Ltd., state that "Plaintiffs do not oppose the Remand Results" and have requested that the Court "affirm Commerce's Final Results of Redetermination." Pls.' Comments on Remand Results at 2, ECF No. 38.

For these reasons, we respectfully request that the Court sustain Commerce's remand results and enter final judgment in favor of the United States.

<table>
<tr><td></td><td>Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director
</td></tr>
<tr><td>

OF COUNSEL

PAUL THORNTON
Attorney
U.S. Department of Commerce
Office of the Chief Counsel for Trade
    Enforcement & Compliance
1401 Constitution Avenue, NW
Washington, D.C. 20230
Tel:  (202) 329-3409
Email:  paul.thornton@trade.gov

February 18, 2025
</td><td>

s/ Kristin E. Olson
KRISTIN E. OLSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6299
Email: kristin.olson@usdoj.gov

*Attorneys for the United States*
</td></tr>
</table>

3

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| TRINA SOLAR CO., LTD., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> AMERICAN ALLIANCE FOR SOLAR ) <br> MANUFACTURING, ) <br> ) <br> Defendant-Intervenor. ) | Court No. 23-00213 |

<u>ORDER</u>

Upon consideration of the remand results filed by the United States Department of Commerce, it is hereby ORDERED, that:

The Department of Commerce's remand results are SUSTAINED;

and judgment is ENTERED on behalf of the Defendant, the United States.

Dated: _____, 2025     _____
                                                                    JUDGE